# In the United States Court of Federal Claims

No. 19-886C
(Filed: August 30, 2019)

```
*************************************
JOHN FALIVENE,                      *
                                    *
            Plaintiff,              *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
*************************************
```

## ORDER

On August 6, 2019, the court directed plaintiff to file an amended complaint by no later than August 27, 2019, in order to comply with the court rules governing transferred cases. In that order, the court also informed plaintiff that his failure to file an amended complaint may result in the court dismissing his complaint for failure to prosecute. Plaintiff failed to file his amended complaint, and the deadline for doing so has now passed. Accordingly, the court **DISMISSES** plaintiff's complaint for failure to prosecute pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

MARGARET M. SWEENEY
Chief Judge